**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RODERICK SIMS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12 C 9534 |
| **CITY OF CHICAGO**, et al., | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

On March 26, 2013 this Court issued a memorandum order that struck the Answer filed in this action by McDonald's Corporation ("McDonald's"), with McDonald's counsel granted until April 12 to file a self-contained amended responsive pleading. That memorandum order concluded with a directive to counsel (1) to make no charge to McDonald's for the added work and expense incurred in correcting counsel's errors, (2) to apprise McDonald's to that effect by letter and (3) to transmit a copy of the letter to this Court's chambers as an informational matter.

It should not of course be necessary for this Court to police counsel's compliance with such an express directive. But a general followup check has disclosed that although McDonald's amended pleading was docketed on the April 12 due date, no chambers copy was delivered to this Court as required by LR 5.2(f), nor was a copy of the required letter received in chambers.[1] Accordingly McDonald's counsel is ordered to make those deliveries forthwith, coupled with a

---

[1] Both this Court's secretary and its courtroom deputy maintain careful lists of all copies of court filings that are delivered to its chambers in large part because of lawyers' delinquencies in complying with LR 5.2(f). Neither list reflects the delivery to chambers of the documents referred to earlier.

check for $100 payable to the "Clerk of the District Court" by reason of the LR's violation, as provided for in this Court's website.

_____
                              Milton I. Shadur
                              Senior United States District Judge

Date: April 30, 2013